Judge McMahon   08 CV 02930

Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

REGAL FOREST HOLDING CO., LTD.

       Plaintiff,

  - against -

M/V HANSA BERGEN, her engines, boilers, etc;
and A.P. MOLLER – MAERSK A/S

       Defendants.
-----------------------------------------------------------X



**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, Regal Forest Holding Co., Ltd., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Regal Forest Holding Co., Ltd. is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       March 20, 2008

                                  CASEY & BARNETT, LLC
                                  Attorneys for Plaintiff

                    By: _____
                                  Martin F. Casey (MFC-1415)
                                  317 Madison Avenue, 21st Floor
                                  New York, New York 10017
                                  (212) 286-0225