McMahon, J

Martin F. Casey, Esq. (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REGAL FOREST HOLDING CO., LTD.

   Plaintiff,

 - against -

M/V HANSA BERGEN etc et al.

   Defendants.
------------------------------------------------------------X

08 cv 2930 (CM)

**NOTICE AND ORDER OF
VOLUNTARY DISCONTINUANCE**

  **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
   May 7, 2008

            CASEY & BARNETT, LLC
            Attorneys for Plaintiff

          By: *Martin F. Casey*
            Martin F. Casey (MFC-1415)
            317 Madison Avenue, 21st Floor
            New York, New York 10017
            (212) 286-0225

SO ORDERED:
_____
U.S.D.J.

5-7-08